UNITED STATES of America,
Plaintiff–Appellee

v.

Chance Shay ALEXANDER, also
known as Chance Alexander,
Defendant–Appellant.

No. 11–51165
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Stanley Lee Schwieger, Law Offices of Stan Schwieger, Waco, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Chance Shay Alexander has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Alexander has filed a response and moves to relieve counsel and for the appointment of new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Alexander's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Alexander's motions to relieve counsel and for the appointment of counsel are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.